UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: REQUEST FOR JUDICIAL
ASSISTANCE FROM THE 3rd CIVIL COURT
OF THE JUDICIAL DISTRICT OF BARUERI,
BRAZIL IN THE MATTER OF A.C. V.
RUSSELL JAMES BRANDI[1]

23 Misc. 170
M 93

*EX PARTE* ORDER

WHEREAS, the United States of America, by its attorney, Damian Williams, United States Attorney for the Southern District of New York, on behalf of the 3rd Civil Court of the Judicial District of Barueri, Brazil, in *A.C. v. Russell James Brandi,* Foreign Reference Number 2022/02052, through its Application pursuant to 28 U.S.C. § 1782, is seeking a DNA sample and other evidence from Russell James Brandi, for use in connection with a judicial proceeding in the 3rd Civil Court of the Judicial District of Barueri, Brazil;

WHEREAS upon review of the Letter of Request issued by the 3rd Civil Court of the Judicial District of Barueri, Brazil in *A.C. v. Russell James Brandi*, seeking evidence from individuals or entities who may be found within the jurisdiction of this Court for use in the above-referenced judicial proceedings in Brazil, and the Court being fully informed in the premises;

NOW THEREFORE, it is hereby ORDERED, pursuant to the authority contained in Title 28, United States Code Section 1782(a), that Alyssa B. O'Gallagher, Assistant United States Attorney for the Southern District of New York, hereby is appointed Commissioner of this Court, to obtain by subpoena the requested evidence from Russell James Brandi; and to do all else that may be necessary for the accomplishment of the purpose of this Order.

---

[1] Pursuant to Rule 5.2 of the Federal Rules of Civil Procedure, because the caption of the relevant proceeding includes the name of a minor, it is provided here in abbreviated form.

1

It is further ORDERED that the U.S. Marshals Service shall personally serve a copy of the *Ex Parte* Application for an Order Pursuant to 28 U.S.C. § 1782(a) and all attachments and exhibits to that document, and a copy of this Order, on Russell James Brandi at his last known address, or at any location Russell James Brandi is found, within the Southern District of New York.

It is further ORDERED that the U.S. Marshals Service shall be the entity responsible for obtaining the DNA sample and other identification requirements from Russell James Brandi.

Dated:   May 24, 2023
       New York, New York

SO ORDERED:

Edgardo Ramos, U.S.D.J.